United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Eduard Yepes Cartagena, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5135 |
| | § | |
| Karel Perez | § | |
| and Uber Technologies, Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF ADOPTION**

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 16) dated September 22, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Eduard Yepes Cartagena's Motion to Remand (docket no. 10) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 8th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE